```
IN THE UNITED STATES DISTRICT COURT
 FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CAROL SUE KUHN, et al,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　**CRIMINAL ACTION NO. 5:03CV3**
　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**WYETH, et al,**

    **Defendants.**

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(2)

On August 14, 2007, the Court conducted a hearing on the named plaintiff, Carol Sue Kuhn's, motion to voluntarily dismiss this putative class action without prejudice pursuant to Fed.R.Civ.P. 41(a)(2)[1]. (Doc. No. 21.) For the reasons stated on the record of that hearing, the Court **GRANTED** the motion and **DISMISSED** this case **WITHOUT PREJUDICE** from the Court's docket. Further, in its discretion under the rule, the Court conditioned the dismissal on Kuhn's binding agreement not to re-file this action in any court.

    It is so **ORDERED.**

---

[1] Pursuant to Fed.R.Civ.P. 41(a)(2), following the filing of an answer or motion for summary judgment by the adverse party, " an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper . . . . Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."

**Kuhn v. Wyeth, Et. Al.**                                                     5:03CV3

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
CASE WITHOUT PREJUDICE PURSUANT TO
FED.R.CIV.P. 41(a)(2)**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 15, 2007.

                                        <u>/s/ Irene M. Keeley</u>
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE

**Kuhn v. Wyeth, Et. Al.**                                                     5:03CV3